UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.                                     Case No. 06-CR-301

**FREDDIE L. ROBERTSON,**

        **Defendant.**

---

## ORDER SETTING BRIEFING SCHEDULE

On February 6, 2007, Judge Lynn Adelman granted the defendant's motion to file an untimely motion to suppress and referred the defendant's motion to suppress to this court. The court hereby sets the following briefing schedule:

The government shall submit its response no later than **February 16, 2007**.

The defendant shall submit any reply no later than **February 21, 2007**.

**SO ORDERED.**

Dated at Milwaukee, Wisconsin this 9th day of February, 2007.

                                                  s/AARON E. GOODSTEIN
                                                  U.S. Magistrate Judge